

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellants

v.

**HONDA MOTOR CO., LTD.**, Et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due to be filed with this court by June 12, 2014. On June 14, 2014, the court reporter notified this court that the reporter's record was not filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On June 18, 2014, we ordered appellant to provide written proof to this court by June 25, 2014, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) appellant is entitled to appeal without paying the reporter's fee. On June 23, 2014, the court reporter filed the reporter's record.

Appellant has satisfied our June 18, 2014 order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court